ACCEPTED
07-15-00028-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
2/26/2015 9:28:11 AM
Vivian Long, Clerk

NO. 07-15-00028-CV

_____

IN THE COURT OF APPEALS
FOR THE SEVENTH DISTRICT OF TEXAS
POTTER COUNTY, AMARILLO, TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
2/26/2015 9:28:11 AM
VIVIAN LONG
CLERK

_____

REAGAN NATIONAL ADVERTISING OF AUSTIN, INC., APPELLANT

VS.

THE CITY OF AUSTIN AND GREG GUERNSEY, IN HIS OFFICIAL CAPACITY AS
DIRECTOR OF PLANNING AND DEVELOPMENT REVIEW, APPELLEES

_____

ON APPEAL FROM
THE 250th JUDICIAL DISTRICT COURT
TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-13-002477

_____

APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
_____

Appellant Reagan National Advertising of Austin files this motion, which is unopposed, seeking a 30-day extension of the deadline for its Appellant's Brief.

1.      The deadline for Appellant's Brief is currently Wednesday, March 4, 2015.

2.      Appellant requests a 30-day extension until Friday, April 3, 2015.  This is Appellant's first request for an extension.

3.      The additional time is sought due to recent and unexpected demands on counsel's time in other matters, the deadlines for which could not be extended by agreement.

4.      Appellees do not oppose the relief requested in this motion.

1

5. This extension is not sought for delay, but so that justice may be done.

For these reasons, Appellant prays that the Court grant an extension of its deadline to file the Appellant's Brief until April 3, 2015.

Respectfully submitted,

*/s/ B. Russell Horton*
B. Russell Horton
State Bar No. 10014450
rhorton@gbkh.com
George Brothers Kincaid & Horton, L.L.P.
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 FACSIMILE
ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I spoke with Chris Coppola on February 25, 2015. He indicated that Appellees do not oppose relief requested in this motion.

*/s/ B. Russell Horton*
B. Russell Horton

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this brief was served on February 26, 2015, on the following by email and through the court's e-filing system:

Karen M. Kennard
Meghan L. Riley
Christopher Coppola
City of Austin-Law Department
PO Box 1546
Austin, TX 78767-1546
512-974-1311 (facsimile)
Christopher.coppola@austintexas.gov

*/s/ B. Russell Horton*
B. Russell Horton